UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CALVIN JACKSON, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>REGIONS BANK, )<br>)<br>       Defendant. ) | Case No.: 1:19-cv-1019 |

## NOTICE OF REMOVAL

Defendant Regions Bank (the "Bank") by counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby give notice of the removal of this action from the Marion County Superior Court of the State of Indiana to the United States District Court for the Southern District of Indiana. In support of this Notice of Removal, The Bank states as follows:

1. On January 11, 2019, Plaintiff Calvin Jackson ("Plaintiff") filed a Complaint in the Marion County Superior Court of the State of Indiana captioned *Calvin Jackson v. Regions Bank*, Cause No. 49D11-1901-PL-001644 (the "State Court Action").

2. The Bank received a summons and the Complaint with respect to this action on February 11, 2019. This was the first receipt by the Bank through service or otherwise of a copy of the initial pleadings.

3. The Complaint purports to assert claims for relief for violations of the Telephone Consumer Protection Act and knowing and/or willful violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.

4. This Notice of Removal is filed within thirty (30) days of service and receipt of the Summons and/or Complaint on the Bank and, therefore, is timely within the meaning of and pursuant to 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. §1446(a), copies of all process, pleadings and orders received by the Bank and filed by the Bank in the State Court Action to date are attached hereto as collective Exhibit A.

6. The United States District Court for the Southern District of Indiana possesses original jurisdiction of these claims pursuant to 28 U.S.C. § 1331 because the State Court Action arises under the federal laws of the United States.

7. The State Court Action is properly removable pursuant to 28 U.S.C. §1441(a).

8. Venue rests with the United States District Court, Southern District of Indiana, Indianapolis Division, because the action is being removed from Marion Superior Court, Marion County, State of Indiana and Plaintiff resides in Marion County, Indiana.

9. The Bank is promptly filing a copy of this Notice of Removal with the Clerk of the Marion County Superior Court, State of Indiana, and serving a copy Notice of Removal upon Plaintiff, as required by 28 U.S.C. §1446(d).

10. The undersigned has been authorized by the Bank, whom they represent, to file this Notice of Removal.

11. The undersigned counsel is licensed to practice law in the State of Indiana and is authorized to practice law in the United States District Court for the Southern District of Indiana.

12. A Civil Cover Sheet has been completed and is attached hereto as Exhibit B.

13. Payment of the applicable filing fee is also being properly handled by the Bank.

14. The Bank removes this case subject to and without waiver of any challenges that it may have as to personal jurisdiction, proper venue, or any other claims or defenses that may be available, all of which are expressly reserved.

15. By removing this action, The Bank does not admit any of the allegations in the Complaint.

16. The Bank respectfully reserves the right to amend or supplement this Notice of Removal as may be appropriate.

## CONCLUSION

**WHEREFORE** Defendant Regions Bank hereby removes this action from the Marion County Superior Court of the State of Indiana to the United States District Court for the Southern District of Indiana, and respectfully requests that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

Respectfully submitted,

Scott S. Morrisson
Scott S. Morrisson, Attorney No. 11633-49
Blake P. Holler, Attorney No. 30676-84
Krieg DeVault LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Telephone:  317.636.4341
Facsimile:   317.636.1507
E-Mail:  smorrisson@kdlegal.com
         bholler@kdlegal.com

*Attorneys for Defendant, Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ryan R. Frasher<br>
The Frasher Law Firm, P.C.<br>
3209 W. Smith Valley Rd., Ste. 253<br>
Greenwood, Indiana  46142<br>
rfrasher@frasherlaw.com

    Scott S. Morrisson

KD_10074665_1.DOCX