FORM 1. Notice of Appeal from a United States District Court

Form 1
July 2020

## UNITED STATES DISTRICT COURT

FOR THE

SELECT DISTRICT of Indiana
Indianapolis Division

**FILED**
1:57 pm, Aug 27, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Calvin Jackson     Plaintiff,

v.                                                Case No. 1:19-cv-01019-JMS-MPB

Regions Bank,     Defendant.

### NOTICE OF APPEAL

Notice is hereby given that the following party/parties* Plaintiff Calvin Jackson in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 7-31-20.

Date: 8-27-20

Signature: Calvin Jackson
Name: Calvin Jackson
Address: 801 E Walnut St, Washington, In. 47501

Phone Number: 317-777-1178
Email Address: Calvinjcksn@gmail.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Save for Filing