# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 27, 2020

**To:**   Roger A. G. Sharpe
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-2624
>
> Caption:
> CALVIN JACKSON,
> Plaintiff - Appellant
>
> v.
>
> REGIONS BANK,
> Defendant - Appellee

> District Court No: 1:19-cv-01019-JMS-MPB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Jane Magnus-Stinson
>
> Date NOA filed in District Court: 08/27/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)